1  STUART HANLON, SBN: 66104
   LAW OFFICES OF STUART HANLON
2  179 - 11th Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorney for Defendant
   DUK SOON CHUN

5

6              **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8
   UNITED STATES OF AMERICA    ) No.  CR 04-0357 CRB
9                              )
           Plaintiff,           ) **[PROPOSED] ORDER RE MODIFICATION**
10                             ) **OF PRETRIAL RELEASE CONDITIONS**
     v.                        )
11                             )
                                )
12 DUK SOON CHUN,              )
                                )
13         Defendant.           )
                                )
14 _____)

15
          GOOD CAUSE HAVING BEEN SHOWN,
16
       **IT IS HEREBY ORDERED** that Ms. Chun, while on pretrial
17
   release, shall be allowed on April 10, 2007 to travel to
18
   Fairfield, California.  Ms. Chun will then return home on the
19
   same day.  All other conditions of pretrial release remain the
20
   same.
21

22
   Dated:    March 23, 2007           _____
23                                    MAGISTRATE JUDGE SPERO
                                      UNITED STATES DISTRICT COURT
24

3