```
STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
DUK SOON CHUN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 04-0357 CRB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) **RE PRETRIAL RELEASE CONDITIONS** |
| DUK SOON CHUN and CHONG SU LONG, | ) |
| Defendants. | ) |

Defendant herein, Duk Soon Chun, is presently on pretrial release conditions.

**IT IS HEREBY STIPULATED** between the parties through counsel Peter Axelrod for the United States of America and Stuart Hanlon for defendant Duk Soon Chun, that her pretrial release conditions are modified as follows:

///

///

///

///

///

STIPULATION & ORDER RE: MODIFICATION OF PRETRIAL RELEASE ORDER        PAGE 1

C:\Wp60\Wp60\FD\Stip&OrePretrialConditions6.chun.wpd

Defendant shall be allowed to travel with her family on June 29, 2007 to Tamarac, Florida to visit with her husband's family. They will be staying with Ms. Chun's mother-in-law at her home (7715 Southampton Terrace, Apartment #E308, Tamarac, Florida) and will return home on July 10, 2007.

Dated: 5-22-07

STUART HANLON
Attorney for Defendant DUK SOON CHUN

Dated: 5/24/07

PETER AXELROD
Assistant United States Attorney

### ORDER

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified as follows:

Defendant shall be allowed to travel on June 29, 2007 to Tamarac, Florida and she shall return home on July 10, 2007.

All other release conditions shall remain the same.

IT IS SO ORDERED.

Dated: May 31, 2007

MAGISTRATE JUDGE ELIZABETH D. LAPORTE
United States District Court

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIPULATION & ORDER RE: MODIFICATION OF PRETRIAL RELEASE ORDER       PAGE 2
C:\Wp60\Wpdoc\AFD-StipxOrdPretrialConditions6.chun.wpd