**FILED**

FEB 2 6 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  STUART HANLON, CSBN: 066104
   LAW OFFICES OF STUART HANLON
2  179 11th Street, 2nd Floor
   San Francisco, CA 94103
3
   Attorney for Defendant
4  DUK SOON CHUN

5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,       )
9                                  )   No. CR04-0357 CRB
           Plaintiff,              )
10                                 )   STIPULATION & [PROPOSED]
                                   )   ORDER TO MODIFY PRETRIAL
11                                 )   RELEASE CONDITIONS
   DUK SOON CHUN,                  )
12                                 )
           Defendant.              )
13                                 )
                                   )
14 _____ )

15
       **IT IS HEREBY STIPULATED** between the parties good cause
16
   having been shown that the Pretrial Release Conditions of
17
   defendant Duk Soon Chun, be modified as follows:
18
       Defendant shall be allowed to travel to the Los Angeles area
19
   for purposes of moving her teenage from San Francisco to Los
20
   Angeles from March 7 through March 8, 2009.
21
       All other conditions of her pretrial release shall remain
22
   the same.
23
   Dated: February 25, 2009
24                                      _____
                                        STUART HANLON
25                                      Attorney for Defendant
                                        DUK SOON CHUN
26 Dated: February 25, 2009
                                        _____
27                                      PETER AXELROD, Asst. U.S. Attorney

28                                  1

## ORDER

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified to allow her to travel to Los Angeles from March 7 through March 8, 2009. All other conditions of her pretrial release shall remain the same.

**IT IS SO ORDERED.**

Dated: 2-26-09

HON. MAGISTRATE JUDGE MARIA-ELENA JAMES
United States District Judge

2