**FILED**

FEB 27 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | STUART HANLON, CSBN: 066104
LAW OFFICES OF STUART HANLON
2 | 179 11th Street, 2nd Floor
San Francisco, CA 94103
3
Attorney for Defendant
4 | DUK SOON CHUN

5

6 | IN THE UNITED STATES DISTRICT COURT

7 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
UNITED STATES OF AMERICA,          )
9 |                                 )  No.  CR04-0357 CRB
         Plaintiff,                 )
10 |                                )  **STIPULATION & [PROPOSED]**
                                    )  **ORDER TO MODIFY PRETRIAL**
11 |                                )  **RELEASE CONDITIONS**
DUK SOON CHUN,                      )
12 |                                )
         Defendant.                 )
13 |                                )
                                    )
14 | _____)

15

16 | **IT IS HEREBY STIPULATED** between the parties good cause
having been shown that the Pretrial Release Conditions of
17 | defendant Duk Soon Chun, be modified as follows:
18
Defendant shall be allowed to travel to the Los Angeles area
19 | for purposes of moving her teenage from San Francisco to Los
20 | Angeles from March 7 through March 8, 2009.
21
All other conditions of her pretrial release shall remain
22 | the same.
23
Dated: February 25, 2009
24 |                                 STUART HANLON
                                    Attorney for Defendant
25 |                                 DUK SOON CHUN

26 | Dated: February 25, 2009
                                    PETER AXELROD, Asst. U.S. Attorney
27

28 |                                     1

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified to allow her to travel to Los Angeles from March 7 through March 8, 2009.  All other conditions of her pretrial release shall remain the same.

**IT IS SO ORDERED.**

Dated:

HON. MAGISTRATE JUDGE MARIA-ELENA JAMES
United States District Judge

2