1  STUART HANLON, CSBN: 066104
   LAW OFFICES OF HANLON & RIEF
2  179 11th Street, 2nd Floor
   San Francisco, CA 94103
3
   Attorney for Defendant
4  DUK SOON CHUN

5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,      )
9                                 )   No.  CR04-0357 CRB
        Plaintiff,                )
10                                )   STIPULATION & [PROPOSED]
                                  )   ORDER TO MODIFY PRETRIAL
11                                )   RELEASE CONDITIONS
   DUK SOON CHUN,                 )
12                                )
        Defendant.                )
13                                )
                                  )
14 _____)

15     IT IS HEREBY STIPULATED between the parties through counsel
16 Peter Axelrod for the United States of America and Stuart Hanlon
17 for defendant Duk Soon Chun, that her pretrial release conditions
18 are modified as follows:
19     Defendant shall be allowed to travel on March 17, 2009, to
20 Fairfield, California for a California State Board of Barbering
21 and Cosmetology examination.  Ms. Chun will travel back to her
22 home that same day upon completion of her exam.
23 Dated: March 5, 2009        _____
24                             STUART HANLON
                               Attorney for Defendant Chun
25 Dated: March 5, 2009        _____
                               Peter Axelrod
26                             Assistant U.S. Attorney
27
28                                    1

ORDER

Good cause having been shown and by Stipulation of the parties herein,

IT IS HEREBY ORDERED that defendant Duk Soon Chun's pretrial release conditions be modified as follows:

1. Defendant shall be allowed to travel on March 17, 2009, to Fairfield, California in order to take an examination administered by the California State Board of Barbering and Cosmetology. She shall return home on March 17, 2009.

All other release conditions shall remain the same.

IT IS SO ORDERED.

Dated: March 6, 2009



MAGISTRATE JOSEPH C. SPERO
United States Magistrate Judge