```
1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  Law Office of Hanlon & Rief
   179 11th Street, 2nd Floor
3  San Francisco, CA 94103

4  Attorney for Defendant
   DUK SOON CHUN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 04-0357 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** ~~PROPOSED~~ |
| | ) | **ORDER RE PRETRIAL RELEASE** |
| | ) | **CONDITIONS** |
| DUK SOON CHUN, | ) | |
| Defendant. | ) | |

Defendant herein, Duk Soon Chun, is presently on pretrial release conditions.

**IT IS HEREBY STIPULATED** between the parties through counsel Peter Axelrod for the United States of America and Stuart Hanlon for defendant Duk Soon Chun, that her pretrial release conditions are modified as follows:

///
///
///
///
///
///

Defendant shall be allowed to travel from August 1 through August 3, 2009 to Reno, Nevada for purposes of a family vacation. Defendant will provide hotel information to Pretrial Services.

Dated: July 28, 2009  /s/
STUART HANLON
Attorney for Defendant
DUK SOON CHUN

Dated: July 28, 2009  /s/
PETER AXELROD
Assistant United States Attorney

## ORDER

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified as follows:

1. Defendant shall be allowed to travel from August 1, 2009, through August 3, 2009, to Reno, Nevada for purposes of a family vacation.

All other release conditions shall remain the same.

**IT IS SO ORDERED.**

Dated: JUL 3 0 2009

Magistrate Judge Joseph C. Spero
United States District Court