```
STUART HANLON, CSBN: 066104
LAW OFFICES OF STUART HANLON
179 11th Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
DUK SOON CHUN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR04-0357 CRB |
| Plaintiff, | **)** | **[CORRECTED]** |
| | ) | **STIPULATION & [PROPOSED]** |
| | ) | **ORDER TO MODIFY PRETRIAL** |
| | ) | **RELEASE CONDITIONS** |
| DUK SOON CHUN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** between the parties good cause having been shown that the Pretrial Release Conditions of defendant Duk Soon Chun, be modified as follows:

Defendant shall be allowed to travel for purposes of business from San Francisco to Los Angeles from October 31, 2009 through November 2, 2009.

All other conditions of her pretrial release shall remain the same.

```
Dated: October 26, 2009              /S/
                                     STUART HANLON
                                     Attorney for Defendant
                                     DUK SOON CHUN

Dated: October 26, 2009              /S/
                                     PETER AXELROD, Asst. U.S. Attorney
```

1

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified to allow her to travel to Los Angeles from October 31, 2009 through November 2, 2009. All other conditions of her pretrial release shall remain the same.

**IT IS SO ORDERED.**

Dated: 10/29/09



HON. JUDGE JOSEPH C. SPERO
United States Magistrate Judge

2