STUART HANLON, CSBN: 066104
LAW OFFICES OF HANLON & RIEF
179 11th Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
DUK SOON CHUN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>DUK SOON CHUN,<br>    Defendant. | No. CR04-0357 CRB<br><br>**STIPULATION & [PROPOSED]<br>ORDER TO MODIFY PRETRIAL<br>RELEASE CONDITIONS** |

**IT IS HEREBY STIPULATED** between the parties through counsel Peter Axelrod for the United States of America and Stuart Hanlon for defendant Duk Soon Chun, that her pretrial release conditions are modified as follows:

Defendant shall be allowed to travel freely to and from Solano County for purposes of a California State Board of Barbering and Cosmetology examination.

Dated: November 9, 2009          /S/
STUART HANLON
Attorney for Defendant Chun

Dated: November 9, 2009          /S/
Peter Axelrod
Assistant U.S. Attorney

1

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified as follows:

1. Defendant shall be allowed to travel freely to and from Solano County for purposes of taking an examination administered by the California State Board of Barbering and Cosmetology.

All other release conditions shall remain the same.

**IT IS SO ORDERED.**

Dated: 11/17/09



MAGISTRATE JOSEPH C. SPERO
United States Magistrate Judge