STUART HANLON, CSBN: 066104
SARA RIEF, CSBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11th Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
DUK SOON CHUN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>DUK SOON CHUN,<br><br>　　　　Defendant. | No.  CR04-0357 CRB<br><br>**STIPULATION & [PROPOSED]**<br>**ORDER TO CONTINUE**<br>**SENTENCING** |

　　　　This matter is currently on the Court's calendar for sentencing on January 6, 2010.  Defendant Duk Soon Chun previously requested a continuance from September 2, 2009 to the present date because of the need to transfer the proceeds of the sale of two properties in Korea to the United States as part of Ms. Chun's plea agreement.

　　　　There are three individuals that are involved in these properties.  Since the last continuance, all three individuals have executed all necessary paperwork to release the properties and allow the Korean attorneys to place the property on the market.  Given the number of individuals involved, the need for translation from Korean to English at each step of the process

1

1  and the number of documents that must be filed, the process has
2  taken longer that initially anticipated.
3      As of this week, the property has been assigned to a real
4  estate broker for sale. It is anticipated that this process will
5  take approximately six months. In Korea, there is a three-step
6  process to purchase a property which takes approximately four
7  months. It is anticipated the properties will sell given their
8  location and value. It is estimated it will take approximately
9  two months to locate a buyer.
10     Because the parties agree that sentencing should not occur
11 until the proceeds of the sale are repatriated, and given the
12 properties at this time remain encumbered, the parties agree that
13 sentencing should take place on June 9, 2010, based on the
14 current estimate. If this process is accomplished earlier than
15 anticipated, counsel will notify the court and move up the
16 current date.

Dated: December 22, 2009           /s/
                                   STUART HANLON
                                   Attorney for Defendant Chun

Dated: December 22, 2009           /s/
                                   Peter Axelrod
                                   Assistant U.S. Attorney

///
///
///

2

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's sentencing date of January 6, 2010 be vacated and sentencing be set for June 9, 2010.

**IT IS SO ORDERED.**

Dated: DEC 29 2009

HONORABLE JUDGE CHARLES R. BREYER
United States District Judge