1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  Law Office of Hanlon & Rief
   179 11th Street, 2nd Floor
3  San Francisco, CA 94103

4  Attorney for Defendant
   DUK SOON CHUN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DUK SOON CHUN,<br>　　　　Defendant. | No. CR 04-0357 CRB<br><br>**STIPULATION AND** ~~**PROPOSED**~~<br>**ORDER RE PRETRIAL RELEASE**<br>**CONDITIONS** |

　　　　Defendant herein, Duk Soon Chun, is presently on pretrial release conditions.

　　　　**IT IS HEREBY STIPULATED** between the parties through counsel Peter Axelrod for the United States of America and Stuart Hanlon for defendant Duk Soon Chun, that her pretrial release conditions are modified as follows:

　　　　Defendant shall be allowed to travel from May 16 through May 18, 2010 to Los Angeles, California for purposes of a business convention. Defendant will provide hotel information to Pretrial Services.

Dated: May 4, 2010　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　STUART HANLON
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　DUK SOON CHUN

Dated: May 4, 2010　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　PETER AXELROD
　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified as follows:

1. Defendant shall be allowed to travel from May 16, 2010, through May 18, 2010, to Los Angeles, California for purposes of work.

All other release conditions shall remain the same.

**IT IS SO ORDERED.**

Dated: 5/11/10

Magistrate Judge
United States District Court