1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  Law Office of Hanlon & Rief
   179 11th Street, 2nd Floor
3  San Francisco, CA 94103

4  Attorney for Defendant
   DUK SOON CHUN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )    No. CR 04-0357 CRB
         Plaintiff,            )
                               )    **STIPULATION AND** ~~PROPOSED~~
                               )    **ORDER RE PRETRIAL RELEASE**
                               )    **CONDITIONS**
                               )
DUK SOON CHUN,                 )
         Defendant.            )
                               )
                               )
_____)

Defendant herein, Duk Soon Chun, is presently on pretrial release conditions.

**IT IS HEREBY STIPULATED** between the parties through counsel Peter Axelrod for the United States of America and Stuart Hanlon for defendant Duk Soon Chun, that her pretrial release conditions are modified as follows:

Defendant shall be allowed to travel from October 24 through October 25, 2010 to Los Angeles, California for purposes of a business convention.

Dated: October 18, 2010           /s/
                                  STUART HANLON
                                  Attorney for Defendant
                                  DUK SOON CHUN

Dated: October 18, 2010           /s/
                                  PETER AXELROD
                                  Assistant United States Attorney

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified as follows:

1. Defendant shall be allowed to travel from October 24, 2010, through October 25, 2010, to Los Angeles, California for purposes of work.

All other release conditions shall remain the same.

**IT IS SO ORDERED.**

Dated: 10/18/10

_____
Magistrate Judge
United States District Court

*Judge Joseph C. Spero*