STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
179 11th Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
DUK SOON CHUN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUK SOON CHUN,<br>    Defendant. | No. CR 04-0357 CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE PRETRIAL RELEASE CONDITIONS** |

Defendant herein, Duk Soon Chun, is presently on pretrial release conditions.

**IT IS HEREBY STIPULATED** between the parties through counsel Peter Axelrod for the United States of America and Stuart Hanlon for defendant Duk Soon Chun, that her pretrial release conditions are modified as follows:

Defendant shall be allowed to travel from December 26 through December 29, 2010 to Lake Tahoe, California for purposes of a family vacation.

Dated: December 20, 2010      /s/
                                                        STUART HANLON
                                                        Attorney for Defendant
                                                        DUK SOON CHUN

Dated: December 20, 2010      /s/
                                                        PETER AXELROD
                                                        Assistant United States Attorney

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified as follows:

1. Defendant shall be allowed to travel from December 26, 2010, through December 29, 2010, to Lake Tahoe, California for purposes of work.

All other release conditions shall remain the same.

**IT IS SO ORDERED.**

Dated: 12/21/10

_____
Magistrate Judge
United States

Judge Joseph C. Spero